UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>PHIL MARSHALL LUND,<br><br>                    Defendant. | No.  1:95-cr-05292-DAD<br><br>ORDER REFERRING MOTION UNDER 28 U.S.C. § 2255 TO FEDERAL DEFENDER'S OFFICE |

On May 19, 2016, defendant filed a *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255, along with a motion to appoint counsel.  (Doc. Nos. 26 & 27.) Pursuant to General Order No. 563, the Federal Defender's Office ("FDO") is appointed to represent defendant in conjunction with this motion.  The FDO shall have 90 days from the date of this order to file a supplement to defendant's *pro se* motion under 28 U.S.C. § 2255 <u>or</u> to notify the court and the government it does not intend to file a supplement.  Thereafter, the government shall have 30 days from the date of the FDO's filing to file a response to defendant's § 2255 motion.  Any reply shall be filed within fifteen days of the filing of any response by the government.

IT IS SO ORDERED.

Dated:  **June 27, 2016**                              _____
                                                                              UNITED STATES DISTRICT JUDGE

1